**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE TELECTRONICS PACING SYSTEMS, INC., ACCUFIX ATRIAL J LEADS PRODUCTS LIABILITY LITIGATION | : : : : : : : | Master Case No. MDL-1057<br><br>(Black, J.)<br><br><br><br>(This Document Relates to All Actions) |

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS**
**FOR PAYMENT OF FEES AND EXPENSES TO SETTLEMENT MASTER**

Upon application of the Special Master for payment of fees, it is hereby Ordered by this Court that fees be paid to the Special Master in the amount of $56,880.00 for work performed for the period January 1, 2017 through August 31, 2020. This Court further Orders that the Special Master shall be reimbursed for expense incurred by her for the benefit of the Settlement Fund, in the amount of $3,891.08. Said fees and expenses shall be paid from the Patient Benefit Fund, in accordance with the Agreement between the parties.

**IT IS SO ORDERED.**

Date: 9/14/2020

Timothy S. Black
United States District Judge