# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE TELECTRONICS PACING SYSTEMS, INC., ACCUFIX ATRIAL J LEADS PRODUCTS LIABILITY LITIGATION | : : : : : : : | Master Case No. MDL-1057<br><br>(Black, J.)<br><br><br><br>(This Document Relates to All Actions) |

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM PATIENT BENEFIT FUND

Upon application of the Special Master, with the approval and consent of counsel for the Plaintiffs, it is hereby ordered that the Special Master shall disburse funds from the Administrative/Cost Account to the entity set forth in Attachment A to the Special Master's One Hundred Thirty-Seventh Request for payment of medical monitoring expenses in the amount of $221.33, on behalf of the indicated Class Member.

**IT IS SO ORDERED.**

Date: 9/14/2020

Timothy S. Black
United States District Judge