UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE TELECTRONICS PACING | : | Master Case No. MDL-1057 |
| SYSTEMS, INC., ACCUFIX ATRIAL | : | |
| "J" LEADS PRODUCTS LIABILITY | : | (Black, J.) |
| LITIGATION | : | |
| | : | |
| | : | |
| | : | (This document relates to all actions) |

**ORDER GRANTING SPECIAL MASTER'S MOTION TO UPGRADE
SETTLEMENT FUND INFORMATION MANAGEMENT SYSTEMS**

Upon Application of the Special Master, with the approval and consent of counsel for the Plaintiffs, it is hereby Ordered that the Special Master shall have the authority to upgrade the Settlement Fund's Information Management systems, as outlined in the Motion, as follows:

1. Scan and retain electronic files of certain specified documents relating to the Telectronics/Accufix Settlement Fund, and then destroy those physical documents;
2. Destroy certain other specified physical Fund documents without scanning;
3. Upgrade the Fund's computer, database and backup system to meet modern standards; and
4. Utilize the Fund to pay for the above, in accordance with the Estimate of cost of sale attached as Exhibit A, and the Special Master's ordinary fee.

The payment shall be taken from the Patient Benefit Fund.

SO ORDERED

                                                      *s/Timothy S. Black*
                                                  Honorable Timothy S. Black