**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE TELECTRONICS PACING SYSTEMS, INC., ACCUFIX ATRIAL AJ LEADS PRODUCTS LIABILITY LITIGATION | Master Case No. MDL-1057<br><br>(Black, J.)<br><br><br>(This Document Relates to All Actions) |

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM PATIENT BENEFIT FUND**

Upon application of the Special Master, with the approval and consent of counsel for the Plaintiffs, it is hereby ordered that the Escrow Agent shall disburse funds from the Patient Benefit Fund to the persons set forth in Attachment A to the Special Master's One Hundred Fortieth Request for payment of medical monitoring expenses in the amount of $18.59.

SO ORDERED:

*s/Timothy S. Black*
Honorable Timothy S. Black