**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE TELECTRONICS PACING SYSTEMS, INC., ACCUFIX ATRIAL J LEADS PRODUCTS LIABILITY LITIGATION | : : : : : : : | Master Case No. MDL-1057<br><br>(Black, J.)<br><br><br><br>(This Document Relates to All Actions) |

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS**
**FOR PAYMENT OF FEES TO SETTLEMENT MASTER**

Upon application of the Special Master for payment of fees and expenses, it is hereby Ordered by this Court that fees be paid to the Special Master in the amount of $42,720.00 for work performed for the period July 1, 2022 through August 30, 2023.  The Court further Orders that the Special Master shall be reimbursed for expenses paid by her on behalf of the Fund during the same period of time in the amount of $3,000.55.  Said fees and expenses shall be paid from the Patient Benefit Fund, in accordance with the Agreement between the parties.

SO ORDERED.

*s/Timothy S. Black*
Honorable Timothy S. Black