UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE TELECTRONICS PACING SYSTEMS, INC., ACCUFIX ATRIAL "J" LEADS PRODUCTS LIABILITY LITIGATION | : : : : : : | Master Case No. MDL-1057<br><br>(Black, J.)<br><br><br>(This document relates to all actions) |

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS
FOR PAYMENT TO DOCUMENT SCANNING PROJECT ASSISTANT**

Upon Application of the Special Master, with the approval and consent of counsel for the Plaintiffs, it is hereby Ordered that the Special Master shall disburse funds for payment to Timothy Novak for work performed in the period September 25, 2023 to October 18, 2023 in the amount of $758.00. The payment shall be taken from the Patient Benefit Fund.

SO ORDERED

_____
Honorable Timothy S. Black