UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE TELECTRONICS PACING | : | Master Case No. MDL-1057 |
| SYSTEMS, INC., ACCUFIX ATRIAL | : | |
| "J" LEADS PRODUCTS LIABILITY | : | (Black, J.) |
| LITIGATION | : | |
| | : | |
| : | : | (This document relates to all actions) |

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS
FOR PAYMENT OF ACCOUNTING FEES**

Upon Application of the Special Master, with the approval and consent of counsel for the Plaintiffs, it is hereby Ordered that the Special Master shall disburse funds for payment of the invoice submitted by Burke & Schindler for work performed in February 2025 in the amount of $205.25.  The payment shall be taken from the Patient Benefit Fund.

SO ORDERED

_____ *s/Timothy S. Black* _____
Honorable Timothy S. Black