UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE TELECTRONICS PACING | : | Master Case No. MDL-1057 |
| SYSTEMS, INC., ACCUFIX ATRIAL | : | |
| "J" LEADS PRODUCTS LIABILITY | : | (Black, J.) |
| LITIGATION | : | |
| | : | |
| | : | |
| | : | (This document relates to all actions) |

### ORDER AUTHORIZING DISTRIBUTION OF FUNDS
### FOR PAYMENT OF USBank SERVICE FEES

  Upon Application of the Special Master, with the approval and consent of counsel for the Plaintiffs, it is hereby Ordered that the Special Master shall disburse funds for payment of the invoice submitted by USBank for Trust Account management for the period October 1, 2024 to September 30, 2025 in the amount of $575.00.  The payment shall be taken from the Patient Benefit Fund.


               SO ORDERED


               _____*s/Timothy S. Black*_____
               Honorable Timothy S. Black